**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number (*if known*): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | M Space Holdings, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | M SPACE<br>M Space Housing |
| 3. | Debtor's federal Employer Identification Number (EIN) | 13-4183836 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 629 Parkway Drive, Suite A<br>Park City, UT 84098<br>Number, Street, City, State & ZIP Code | c/o Holland & Hart LLP<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Summit<br>County | Location of principal assets, if different from principal place of business<br>Various Locations<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.mspaceholdings.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __M Space Holdings, LLC__   Case number (if known) _____
Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5324__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   |  |  |  |
   |  |  |  |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No
   ☐ Yes.

   List all cases. If more than 1, attach a separate list

   | Debtor | | Relationship | |
   |---|---|---|---|
   | District | When | Case number, if known | |

Debtor  **M Space Holdings, LLC**
        Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?    **Disconnection of utilities to residential units**
- ■ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?    **Various, See Exhibit 1**
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
■ Yes.   Insurance agency   **Arthur J. Gallagher Risk Management Services, Inc.**
         Contact name       **Steve Surber, Area Vice President**
         Phone              **949-349-9839**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **M Space Holdings, LLC**
         Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/19/2016
              MM / DD / YYYY

X _____    **Jeffrey Deutschendorf**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer & President**

**18. Signature of attorney**

X _____    Date    5/19/16
Signature of attorney for debtor    MM / DD / YYYY

Sherilyn A. Olsen
Printed name

**Holland & Hart LLP**
Firm name

**222 South Main Street**
**Suite 2200**
**Salt Lake City, UT 84101**
Number, Street, City, State & ZIP Code

Contact phone    801-799-5800    Email address    solsen@hollandhart.com

9418
Bar number and State

United States Bankruptcy Court for the District of Utah
M Space Holding, LLC
Case Number _____
Chapter 11

OFFICIAL FORM 201

# EXHIBIT 1

**Question 12:**

**Location of Property that needs immediate attention:**

- **Property that poses a threat of imminent and identifiable hazard to public health and safety:**

Ponderosa Development (113 Housing Units)
14056 30th Street NW
Alexander, ND 58831

Ridgeview Development (29 Housing Units)
16048 35th Street NW
Fairview, ND 59921

Hillview Estates Development (40 Housing Units)
Hillview Estates Dr.
Alexander, ND 58831

- **Property that needs to be physically secured and protected from the weather:**

Cronin Storage Yard
C-116 Wolcott Road
Terryville, CT 06786

Eastlake Partnership-Mascotte
861 West Meyers Blvd.
Mascotte, FL 34753

MEJ Warehousing
3020 Moss Mill Road
Hammonton, NJ 86037

Mars Manufactured Homes, Inc.
4018 Hwy 19 South
Meridian, MS 39301

Eddie Lumpkin / Lumpkin Development
1885 HWY 84
Calera, AL 35040

8667454_1

**United States Bankruptcy Court for the District of Utah**
**M Space Holding, LLC**
**Case Number** _____
**Chapter 11**

Rose Office Systems Inc.
1265 HWY 87
Calera, AL 35040

Phoenix Modular Acquisition Corp/Ameri-Fab
5139 N Tom Murray Ave
Glendale, AZ 85301

Pacific Continental Modular Enterprises, LP
2830 Barret Avenue
Perris, CA 92571

DMSI-Designed Mobile Systems Ind.
800 South CA Hwy 33
Patterson, CA 95363

Road 11 Storage LLC
Yard 881 Road 11
Broomfield, CO 80562

A&C Cronin LLC
C-116 Wolcott Road
Terryville, CT 06786

Eastlake Storage, LLC
861 West Meyers Blvd
Mascotte, FL 34753

Hardee County IDA
1340 Highway 17 North
Wauchula, FL 33873

John H Haskins
3701 & 3539 Highway 441 South
Douglas, GA 31535


Damon N. and Patricia A Jones
2250 Reeves Road
Plainfield, IN 46168

**United States Bankruptcy Court for the District of Utah**
**M Space Holding, LLC**
**Case Number** _____
**Chapter 11**

RR Mobile Home Services Inc.
1072 Grand Prairie Hwy
Rayne, LA 70578

Mars Manufactured Homes Inc.
4018 Hwy 19 South
Meridian, MS 39301

Alan Clayton Ent. Inc.
4444 Burlington Road
Greensboro, NC 27405

Alan Clayton Ent. Inc.
5517 Burlington Road
McLeansville, NC 27301

Central Storage Global W-house
1419 Highway 11 & 55 South
Kinston, NC 28504

Sunshine Structures
850 Gold Hill Avenue
Rockwell, NC 28138

Gardiner's Express
3020 Moss Mill Road
Hammonton, NJ 08037

Modular Dimensions, Inc.
3220 Bordentown Ave
Parlin, NJ 08859

Pac-Van Inc.
113 How Lane
New Brunswick, NJ 08901

Pac-Van Inc.
2916 Bluff Road
Indianapolis, IN 46225

Cassone Leasing Inc.
224 Horseblock Road
Brookhaven, NY 11980

**United States Bankruptcy Court for the District of Utah**
**M Space Holding, LLC**
**Case Number** _____
**Chapter 11**

Access Outdoor Storage
1545 W. 130th Street
Hinckley, OH 44233

Bennett Truck Transport
10646 Route 322
Shippenville, PA 16254

Bennett Truck Transport
1203 North Old Robinson Rd
Robinson, TX 76706

CG7600 LP
825 South Loop West
Houston, TX 77054

Matheny Motor Truck Company
50 Matheny Lane
Mineral Wells, VA 26150

**No Rent**

Specialized Structures, GA
1299 Thomson Drive
Douglas, GA 31535

Advanced Modular Manufacturing
1168 Legacy View Street
Salt Lake City, UT 84104