Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | **Bankruptcy Case No. 16-24384 JTM** |
|---|---|
| **M SPACE HOLDINGS, LLC,** | (Chapter 11) |
| Debtor. | Judge Joel T. Marker |

### APPOINTMENT OF UNSECURED
### CREDITORS' COMMITTEE

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee in the case of: **M Space Holdings, LLC,**

1.  Bennett Truck Transport, LLC – Chairperson
    c/o Grant Brooker (General Counsel)
    1001 Industrial Parkway
    McDonough, GA 30253
    Telephone:     (770) 957-1866 ext. 7779
    Facsimile:     (770) 957-7634
    Email:         legal@bennettig.com

2.     Hi-Tek Sound & Signal, Inc.
c/o Bob Gonzales
P.O Box 1104
Kemah, TX 77565
Telephone:    (832) 731-4000
Facsimile:    (281) 464-3714
E-mail:       bobg@hitek84.com

Attorneys for Hi-Tek Sound & Signal, Inc.:
Ronald C. Campana, Esq.
6363 Woodway Dr., Suite 725
Houston, TX 77057
Telephone:    (713) 783-4120
Facsimile:    (713) 783-8812
Email:        roncampana@gmail.com

Kerry Brown, Esq.
Brown IP Law LC
PO Box 446
Draper, UT 84020
Telephone:    (801) 938-2790
Facsimile:    (801) 931-2268
Email:        kerry@browniplaw.com

3.     Titan Modular Systems, Inc.
c/o Drew Adams
162 Industrial Drive
Alma, GA 31510
Telephone:    (912) 632-3344
Facsimile:    (912) 632-3345
Email:        drew@titanmod.com

4.     Specialized Structures, Inc.
c/o Sammy Watson
1299 Thompson Drive
Douglas, GA 31534
Telephone:    (912) 384-7565
Facsimile:    (912) 384-4943
Email:        sammywatson012@gmail.com

       Attorney for Specialized Structures, Inc.:
       Robert Porter, Esq.
       Cottingham & Porter, P.C.
       319 E. Ashley Street
       Douglas, GA 31533
       Telephone:   (912) 384-1616
       Facsimile:    (912) 384-1775
       Email:         bobporter@cottinghamandporter.com

5.     First String Space, Inc.
       c/o Jonathan Wright
       892 Railroad Avenue East
       Pearson, GA 31642
       Telephone:   (912) 422-6455
       Facsimile:    (912) 422-6466
       Email:         jonathan@firststringspace.com

       Attorney for First String Space, Inc.:
       Julee Brooke Lewis, Esq.
       211 N. Peterson Ave.
       Douglas, GA 31533
       Telephone:   (912) 384-0315
       Facsimile:    (912) 384-0415
       Email:         jblewislaw@live.com

6.     Eklipse Resources, LLC
       c/o Dave C. Weston
       PO Box 303
       Fairview, MT 59221
       Telephone:   (435) 757-7009
       Facsimile:    (406) 794-0559
       Email:         dave@eklipseresources.com

7.     Amtex-NMS Holdings, Inc.
       d/b/a Southeast Modular Manufacturing
       c/o James Ginas
       2500 Industrial Street
       Leesburg, FL 34748
       Telephone:   (352) 728-2930
       Facsimile:    (352) 728-3093
       Email:         jginas@southeastmodular.com

8.      Whitley East, LLC and Whitley Evergreen, Inc.
c/o Drew Welborn (General Counsel)
201 West First Street
P.O. Box 496
South Whitley, IN 46787
Telephone:   (260) 723-5131
Facsimile:    (260) 723-6949
Email:         drew@whitleyman.com

DATED: June 1, 2016

                                              Respectfully submitted,

                                              /s/
                                            Peter J. Kuhn
                                            Attorney for Patrick S. Layng,
                                            United States Trustee

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that, on June 1, 2016, I caused a true and correct copy of the foregoing **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System as noted below:

- Mona Lyman Burton	mburton@hollandhart.com, ckelly@hollandhart.com, intaketeam@hollandhart.com, slclitdocket@hollandhart.com
- Mark R. Gaylord	gaylord@ballardspahr.com, elliottm@ballardspahr.com, saltlakedocketclerk@ballardspahr.com
- Tyler M. Hawkins	hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com, lawsont@ballardspahr.com
- Sherilyn A. Olsen	solsen@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com, ckelly@hollandhart.com
- Ellen E. Ostrow	eeostrow@hollandhart.com, mkthurgood@hollandhart.com, intaketeam@hollandhart.com
- Jon A. Stenquist	jas@moffatt.com, kad@moffatt.com, mrs@moffatt.com

Further, I certify that I caused copies of the **APPOINTMENT** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all persons as listed on the appointment and to the following:

M Space Holdings, LLC
629 Parkway Drive
Suite A
Park City, UT 84098

Randall A. Peterman
Moffatt Thomas
101 S Capitol Blvd, 10th Floor
P.O. Box 829
Boise, ID 83702

					/s/
					Peter J. Kuhn