Mona L. Burton, #5399
Sherilyn A. Olsen, #9418
Ellen E. Ostrow, #14743
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Fax: (801) 799-5700
solsen@hollandhart.com
mburton@hollandhart.com
eeostrow@hollandhart.com
   *Proposed Attorneys for Debtor*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 16-24384 |
|---|---|
| M SPACE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | Honorable Joel T. Marker |

### *DE MINIMIS* ASSET SALE REPORT

Pursuant to this Court's Order Establishing Procedures for the Sale of Certain *De Minimis* Assets (the "**Sale Order**"), Docket No. 48, entered on May 26, 2016, M Space Holdings, LLC (the "**Debtor-in-Possession**") submits this Sale Report relating to the sale of one 68' x 110' Modular Classroom Complex; S/N: FSSI 1799A-J (CR536) located in Memphis, TN 38107 (the "**Asset**"). *See* Docket No. 49.

1.   The Debtor-in-Possession entered into the attached Purchase Agreement (the "**Purchase Agreement**") with the Aspire Public Schools (the "**Buyer**") for the sale of the Asset upon expiration of the notice period.

2. In accordance with the Sale Order, on May 26, 2016, the Debtor-in-Possession provided notice of the proposed sale to (i) the 20 largest unsecured creditors as shown on Official Form 204 filed in this case; (ii) counsel to PNC and HSBC; (iii) the US Trustee's office; and (iv) the Buyer.

3. The Buyer is not an "insider" as defined by Section 101(31) of the Bankruptcy Code.

4. No party objected to the Proposed Sale.

5. The sale of the Asset closed on June 9, 2016 for the gross sales price of $249,900. The sale resulted in net proceeds being retained by the Debtor, as follows:

| $249,900 | Gross sales price |
|---|---|
| ($124,950) | Less deposit paid pre-petition |
| **$124,950** | **Net proceeds retained by Debtor** |

Date: June 16, 2016

Respectfully submitted,

HOLLAND & HART LLP

*/s/ Sherilyn A. Olsen*
Sherilyn A. Olsen
Mona L. Burton
Ellen E. Ostrow
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
*Proposed Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on the 16th day of June 2016, a true and correct copy of the foregoing was served, as follows:

> United States Trustee
> USTPRegion19.SK.ECF@usdoj.gov
>
> Peter J. Kuhn, Trustee
> Peter.J.Kuhn@usdoj.gov
>
> James Vincent Cameron, Trustee
> Vince.Cameron@usdoj.gov
> Mark R. Gaylord
> gaylord@ballardspahr.com
>
> Tyler Hawkins
> hawkinst@ballardspahr.com
>
> Brian M. Rothschild
> brothschild@parsonsbehle.com
>
> Jon A. Stenquist
> jas@moffatt.com
>
> Randall A. Peterman
> rap@moffatt.com
>
> Mark S. Swan
> mark@swanlaw.net

**By electronic mail on the members of or counsel for the Unsecured Creditors Committee:**

> Allison M. Rego
> *Attorney for Unsecured Creditors Committee*
> arego@cooley.com
>
> Ali M. M. Mojdehi
> *Attorney for Unsecured Creditors Committee*
> amojdehi@cooley.com
>
> Janet Dean Gertz
> *Attorney for Unsecured Creditors Committee*

jgertz@cooley.com

Amtex-NMS Holdings, Inc.
jginas@southeastmodular.com

Julee Brooke Lewis
*Attorney for First String Space*
jblewislaw@live.com

Grant Brooker
*Attorney for Bennett Truck Transport*
legal@bennettig.com

Eklipse Resources, LLC
dave@eklipseresources.com

Kerry Brown
*Attorney for Hi-Tek Sound*
kerry@browniplaw.com

Ronald C. Campana
*Attorney for Hi-Tek Sound*
roncampana@gmail.com

Robert Porter
*Attorney for Specialized Structures*
bobporter@cottinghamandporter.com

Titan Modular Systems, Inc.
drew@titanmod.com

Whitley East, LLC and Whitley Evergreen, Inc.
drew@whitleyman.com

**By electronic mail on the 20 Largest Creditors and/or their counsel, and parties requesting notice:**

Alison M. Ladd
*Attorney for PNC Bank, N.A.*
ALadd@hahnhessen.com

Brian D. Shank
*Attorney for Touax Modular Building USA*
bshank@pearsonbitman.com

-5-

Joshua I. Divack
*Attorney for PNC Bank, N.A.*
JDivack@hahnhessen.com

Kevin J. Simard
*Attorney for Gordon Brothers*
ksimard@choate.com

Maryann Chandler
*Attorney for Access Outdoor Storage*
mchandler@medina-legal.com

Michael J. Weber
*Attorney for Hanover Insurance Co.*
Michael.Weber@Dinsmore.com

Stephanie M. Harp
*Attorney for Davidson Electric*
harp@theharplawfirm.com

William J. Brown
*Attorney for HSBC Bank USA*
wbrown@phillipslytle.com

William E. Squires
*Attorney for Williamson County Schools*
bills@wcs.edu

Daniel M. Ford
dford@hahnhessen.com

Michael S. Myers
myersms@ballardspahr.com

A Plus Modular Services, Inc.
aplusmodularser@aol.com

AJ Investment Ventures, Inc. dba AJ Construction, Inc.
jorge@ajconstructionhouston.com

AmCo Structures, Inc.
cornell@amcostructures.com
jeanie@amcostructures.com

Conway McKenzie Management Services
wpopiel@conwaymackenzie.com
mcorrera@conwaymackenzie.com

Eklipse Resources LLC
Maryann@eklipseresources.com

Grant Thornton LLP
katina.curtis@us.gt.com

Hi-Tek Sound & Signal, Inc.
bobg@hitek84.com
hiteksoundsignal@sbcglobal.net

McKenzie Building Center and Blue Tarp Financial
slane@bluetarp.com

Menards Inc. & Capital Commercial
Attn: Phil Graef
minogeneralmanager@menards.com
caryln.cruz@capitalone.com

Michael Dwyer
mdwyer@ndwaterlaw.com

Norden United LLC
russell@nordenunitedllc.com
jenniferbauer@affinitytax.net

Rackspace
aldo.garza@rackspace.com

David Kilgore
david.kilgore@rackspace.com

Southeast Modular Manufacturing
tsavage@southeastmodular.com
cmyers@southeastmodular.com

Specialized Structures, Inc.
dkcallahan@specializedstructures.com
gjsams@specializedstructures.com
sammywatson012@gmail.com

    Titan Modular Systems, Inc.
drew@titanmod.com

Whitley Evergreen, Inc.
Attn: Robert F. Jones
bobjones@whitleyman.com
simondragan@whitleyman.com

Whitley Manufacturing Co., Inc.
bobjones@whitleyman.com
drewwelborn@whitleyman.com

Aspire Public Schools
Kahlmus.Eatman@aspirepublicschools.org

By U.S. first class mail on the following:

    American Express
P. O. Box 1270
Newark, NJ  07101-1270

Aspire Public Schools TN
3210 Raleigh Millington Rd, Portable 204
Memphis TN, 38128

    */s/ Caryn F. Kelly*

8884815_1