Mona L. Burton, #5399
Sherilyn A. Olsen, #9418
Ellen E. Ostrow, #14743
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Fax: (801) 799-5700
solsen@hollandhart.com
mburton@hollandhart.com
eeostrow@hollandhart.com
    *Proposed Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 16-24384 |
| M SPACE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | Honorable Joel T. Marker |

### *DE MINIMIS* ASSET SALE REPORT

Pursuant to this Court's Order Establishing Procedures for the Sale of Certain *De Minimis* Assets (the "**Sale Order**"), Docket No. 48, entered on May 26, 2016, M Space Holdings, LLC (the "**Debtor-in-Possession**") submits this Sale Report relating to the sale of nine (9) 24 x 36 Modular Classrooms, S/N: DSM 16013 AB (CR265), SE Mod 17483 AB (CR490), SE Mod 17484 AB (CR491), SE Mod 17485 AB (CR492), SE Mod 17486 AB (CR493), SE Mod 17487 AB (CR494), SE Mod 17488 AB (CR495), SE Mod 17489 AB (CR496), DSM 16757 AB (CR398) located in Douglas, GA and Mascotte, FL (the "**Assets**").

1.    The Debtor-in-Possession entered into the attached Purchase Agreement (the "**Purchase Agreement**") with Vesta Housing Solutions, LLC (the "**Buyer**") for the sale of the Assets upon expiration of the notice period.

2.    In accordance with the Sale Order, on May 26, 2016, the Debtor-in-Possession provided notice of the proposed sale to (i) the members of and counsel to the Unsecured Creditors Committee appointed in this case; (ii) counsel to PNC and HSBC; (iii) the US Trustee's office; and (iv) the Buyer.

3.    The Buyer is not an "insider" as defined by Section 101(31) of the Bankruptcy Code.

4.    No party objected to the Proposed Sale.

5.    The sale of the Assets closed on June 28, 2016 for the gross sales price of $165,000. The sale resulted in net proceeds being retained by the Debtor, as follows:

| $165,000 | Gross sales price |
| ($22,772) | Less warehouseman lien |
| N/A | Less pre-petition deposit |
| **$142,228** | **Net proceeds retained by Debtor** |

6.    Pursuant to the terms and conditions of the Interim Cash Collateral Order, the Debtor will remit from the sale proceeds $12,500 to John H. Haskins and $10,272 to East Lake RE, LLC in satisfaction of the Senior Third Party Liens asserted by John H. Haskins and East Lake RE, LLC. for pre-petition storage yard fees.

DATED:  July 6, 2016

Respectfully submitted,

HOLLAND & HART LLP

*/s/Sherilyn A. Olsen*
Sherilyn A. Olsen
Mona L. Burton
Ellen E. Ostrow
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
*Proposed Attorneys for Debtor*

8938555_1

# M|SPACE

**SALES AGREEMENT**

This Sales Agreement ("Agreement") dated 6/27, 2016 is entered into by and between M Space Holdings, LLC located at 629 Parkway Drive, Park City, UT 84098 ("Seller") and Vesta Housing Solutions located at 335 E Maple Rd., Birmingham, MI 48009 ("Buyer"), collectively referred to as the "parties".

Pursuant to the mutual covenants and agreements set forth herein and for other good and valuable consideration, the Buyer and Seller covenant and agree to be bound as set forth below.

Buyer agrees to purchase from Seller one or more modular and/or pre-fabricated structures ("Building(s)") as detailed more particularly as follows:

**BUILDING(S):**

| | |
|---|---|
| Description (including quantity, type, size & serial numbers) | (9) 24 x 36 Modular Classrooms, S/N: DSM 16013 AB (CR265), SE Mod 17483 AB (CR490), SE Mod 17484 AB (CR491), SE Mod 17485 AB (CR492), SE Mod 17486 AB (CR493), SE Mod 17487 AB (CR494), SE Mod 17488 AB (CR495), SE Mod 17489 AB (CR496), DSM 16757 AB (CR398) |
| Location | (8) located at 3701 Highway 441 South, Douglas, GA 31535 & (1) located at 861 West Meyers Blvd. Mascotte, FL 34753 |

**COSTS:**

| | |
|---|---|
| Building(s) | $165,000.00 |
| Delivery/Freight/Set-up | N/A |
| Total Contract Price (Does not include applicable State and Local Taxes) | $165,000.00 |

☐ **(Check if Applicable)** Buyer acknowledges the Proposal, Purchase Order or any other documents attached to this Agreement and initialed by Buyer and Seller are incorporated by reference to the Agreement, and become a part of the Agreement.

**Payments will be made to Seller as follows:**

100 % of Contract Price due upon execution of this Agreement

**Additional Terms and Conditions:** The Building is being sold "As Is" and is deemed accepted upon execution of this Agreement. Seller is NOT providing any warranties, expressed or implied. Buyer understands it is purchasing the Building "As Is", in its present condition and at its current location. Buyer is solely responsible for compliance with any applicable building codes. Buyer will indemnify, defend and hold seller harmless for any and all losses, damages, liabilities, demands, claims, suits, actions, costs and expenses, including, without limitation, attorney's fees arising out of or in connection with this purchase and/or Buyer's use or occupancy of the Building.

IN WITNESS WHEREOF, the parties, by their duly authorized officers, have signed, sealed and delivered this Agreement on the date noted above and below.

Seller  M Space Holdings, LLC

Signature _____

Name (Printed): Jeff Deutschendorf

Title: Pres / CEO

Date: 6/14/16

Buyer: Vesta Housing Solutions

Signature _____

Name (Printed): DANIEL MCMURTRIE

Title: CEO

Date: 6/27/2016

CJO6132016VESTA                   Page 1 of 1                   Buyer Initials

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the 6th day of July 2016, a true and correct copy

of the foregoing was served, as follows:

**By electronic service pursuant to the Court's CM/ECF system:**

       United States Trustee
       USTPRegion19.SK.ECF@usdoj.gov

       Peter J. Kuhn, Trustee
       Peter.J.Kuhn@usdoj.gov

       James Vincent Cameron, Trustee
       Vince.Cameron@usdoj.gov
       Mark R. Gaylord
       gaylord@ballardspahr.com

       Tyler Hawkins
       hawkinst@ballardspahr.com

       Brian M. Rothschild
       brothschild@parsonsbehle.com

       Jon A. Stenquist
       jas@moffatt.com

       Randall A. Peterman
       rap@moffatt.com

       Mark S. Swan
       mark@swanlaw.net

       Clark B. Fetzer
       clark@mountainwestlaw.com

       Kenneth L. Cannon
       kcannon@djplaw.com

       Robert I. Chernett
       ric@chernettwasserman.com

Ralph Kooy
ralph.kooy@dinsmore.com

Grace Cranley
grace.cranley@dinsmore.com

Michael J. Weber
michael.weber@dinsmore.com

**By electronic mail on the members of or counsel for the Unsecured Creditors Committee:**

Allison M. Rego
*Attorney for Unsecured Creditors Committee*
arego@cooley.com

Ali M. M. Mojdehi
*Attorney for Unsecured Creditors Committee*
amojdehi@cooley.com

Janet Dean Gertz
*Attorney for Unsecured Creditors Committee*
jgertz@cooley.com

Amtex-NMS Holdings, Inc.
jginas@southeastmodular.com

Julee Brooke Lewis
*Attorney for First String Space*
jblewislaw@live.com

Grant Brooker
*Attorney for Bennett Truck Transport*
legal@bennettig.com

Eklipse Resources, LLC
dave@eklipseresources.com

Kerry Brown
*Attorney for Hi-Tek Sound*
kerry@browniplaw.com

Ronald C. Campana
*Attorney for Hi-Tek Sound*
roncampana@gmail.com

Robert Porter
*Attorney for Specialized Structures*
bobporter@cottinghamandporter.com

Titan Modular Systems, Inc.
drew@titanmod.com

Whitley East, LLC and Whitley Evergreen, Inc.
drew@whitleyman.com

**By electronic mail on the 20 Largest Creditors and/or their counsel, and parties requesting notice:**

Alison M. Ladd
*Attorney for PNC Bank, N.A.*
ALadd@hahnhessen.com

Brian D. Shank
*Attorney for Touax Modular Building USA*
bshank@pearsonbitman.com

Joshua I. Divack
*Attorney for PNC Bank, N.A.*
JDivack@hahnhessen.com

Kevin J. Simard
*Attorney for Gordon Brothers*
ksimard@choate.com

Maryann Chandler
*Attorney for Access Outdoor Storage*
mchandler@medina-legal.com

Michael J. Weber
*Attorney for Hanover Insurance Co.*
Michael.Weber@Dinsmore.com

Stephanie M. Harp
*Attorney for Davidson Electric*
harp@theharplawfirm.com

William J. Brown
*Attorney for HSBC Bank USA*
wbrown@phillipslytle.com

William E. Squires
*Attorney for Williamson County Schools*
bills@wcs.edu

Daniel M. Ford
dford@hahnhessen.com

Michael S. Myers
myersms@ballardspahr.com

A Plus Modular Services, Inc.
aplusmodularser@aol.com

AJ Investment Ventures, Inc. dba AJ Construction, Inc.
jorge@ajconstructionhouston.com

AmCo Structures, Inc.
cornell@amcostructures.com
jeanie@amcostructures.com

Conway McKenzie Management Services
wpopiel@conwaymackenzie.com
mcorrera@conwaymackenzie.com

Eklipse Resources LLC
Maryann@eklipseresources.com

Grant Thornton LLP
katina.curtis@us.gt.com

Hi-Tek Sound & Signal, Inc.
bobg@hitek84.com
hiteksoundsignal@sbcglobal.net

McKenzie Building Center and Blue Tarp Financial
slane@bluetarp.com

Menards Inc. & Capital Commercial
Attn: Phil Graef
minogeneralmanager@menards.com
caryln.cruz@capitalone.com

Michael Dwyer
mdwyer@ndwaterlaw.com

Norden United LLC
russell@nordenunitedllc.com
jenniferbauer@affinitytax.net

Rackspace
aldo.garza@rackspace.com

David Kilgore
david.kilgore@rackspace.com

Southeast Modular Manufacturing
tsavage@southeastmodular.com
cmyers@southeastmodular.com

Specialized Structures, Inc.
dkcallahan@specializedstructures.com
gjsams@specializedstructures.com
sammywatson012@gmail.com

Titan Modular Systems, Inc.
drew@titanmod.com

Whitley Evergreen, Inc.
Attn: Robert F. Jones
bobjones@whitleyman.com
simondragan@whitleyman.com

Whitley Manufacturing Co., Inc.
bobjones@whitleyman.com
drewwelborn@whitleyman.com

Matthew M. Coleman
mmc@edlaw.com

Eastlake RE, LLC
allmodularservice@yahoo.com

Jimmy Crawford Esq.
*Attorney for Eastlake RE, LLC*
Jimmy.crawford@mnagelllaw.com

John H. Haskins
jmhaskins@specializedstructures.com

**By U.S. first class mail on the following:**

American Express
P. O. Box 1270
Newark, NJ  07101-1270

Vesta Housing Solutions, LLC
335 E. Maple Rd.
Birmingham, MI  48009

Johnny Haskins
3539 Hwy 441 South
Douglas, GA  31535

Eastlake RE, LLC
P. O. Box 516
Groveland, FL  34736

Jimmy D. Crawford, Esq.
Langley, Nagel & Crawford
*Attorneys for Eastlake RE, LLC*
1201 West Highway 50
Clermont, FL  34711

*/s/ Caryn F. Kelly*

8913783_1